# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142248

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                          SC: 142248
                                           COA: 293701
                                           Saginaw CC: 08-030287-FH
LAWRENCE LAMONT BRAGGS,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 19, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

Clerk

y0321